IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J.D. RUSH, #215 989 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CV-850-ID |
| | ) | (WO) |
| LOUIS BOYD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings of this court, it is the

ORDER, JUDGMENT, and DECREE of the court that judgment be and the same is entered in favor of the defendants and against the plaintiff and that this case be and the same is hereby DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 8th day of February, 2011.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE